

**SIGNED THIS 24th day of June, 2022**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_Paul M. Black_
Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE:  DOUGLAS R. THOMPSON

    **Debtor**                                                                            **Chapter 13**
                                                                                 **Case No.:** 22-70063-PBR

### ORDER CONFIRMING PLAN

The Chapter 13 Plan (the "Plan") filed by the Debtor on **May 11, 2022**, having been served on all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

**It is ORDERED that:**

(1) the Plan as filed or modified is CONFIRMED.

(2) Upon entry of this order, all property of the Estates shall revest in the Debtor. Notwithstanding such revesting, the Debtor shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3) All funds received by the Chapter 13 Trustee (the "Trustee") on or before the date of entry of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Trustee after the date of entry of an order of dismissal or conversion shall be refunded to the Debtor at their address of record.

(4) Other provisions:

    a) The Trustee's motion to dismiss is withdrawn and all pending objections have been resolved.

    b) Of the regular Plan payments to be paid May 2022 through October 2022, U.S. Bank Trust, N.A., or such other subsequent mortgage servicer, will be paid an ongoing mortgage payment. The number of ongoing mortgage payments may be less if the real estate underlying the claim is sold earlier than October 2022 and as provided herein.

    On or before October 31, 2022, the Debtor shall file a pleading that, if approved, will result in the payment of U.S. Bank Trust, N.A.'s, debt in full and as determined under non-bankruptcy law. Should a pleading not be filed on or before October 31, 2022, then the Debtor must file some additional pleading to satisfy or cure U.S. Bank Trust, N.A.'s, claim. Furthermore, confirmation is without prejudice to any party seeking to enforce its rights should the Debtor not comply with the October 31, 2022, deadline or otherwise comply with the Plan. Upon this agreement, U.S. Bank, N.A.'s, Objection to Confirmation of Plan (Doc. No. 24) is hereby WITHDRAWN.

***END OF ORDER***

Prepared By:

*/s/ Christopher Micale*

Christopher Micale, Trustee
Office of the Chapter 13 Trustee
15 Salem AVE., SE, Suite 300
Roanoke, VA 24011-1419
(540) 342-3774 (ph)
chapter13_trustee@ch13wdva.com


Seen and Agreed:

| */s/Mark A Black Atty with permission* | */s/Todd Rich, Atty., with permission* |
|---|---|
| Mark A Black Atty | Counsel for U.S. Bank Trust, N.A. |
| Counsel for Debtor | |
| Po Box 2470 | |
| Roanoke, VA  24010 | |
| (540) 343-2956 | |